UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONGRESS SQUARE LIMITED PARTNERSHIP** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 10-317** |
| | * | |
| **ERNEST B. POLK** | * | **SECTION "L" (1)** |

### ORDER & REASONS

Before the Court is a Motion for Partial Summary Judgment as to Mr. Polk's Intentional and Negligent Infliction of Emotion Distress Claims and Mr. Polk's Malicious Prosecution Claim (Rec. Doc. No. 89) filed by Velocity Foundation and Julius Wilkerson ("Velocity"), and a Motion for Partial Summary Judgment as to Mr. Polk's Intentional and Negligent Infliction of Emotional Distress (Rec. Doc. 91) filed by Congress Square.

For the reasons the Court gave in its Order and Reasons granting Congress Square's Motion for Partial Summary Judgment as to Mr. Polk's Malicious Prosecution Claims (Rec. Doc. 73), **IT IS ORDERED** that Velocity's Motion for Partial Summary Judgment is hereby **GRANTED IN PART**. Mr. Polk's counterclaim for malicious prosecution is hereby **DISMISSED** with prejudice.

For the reasons the Court gave at oral argument, **IT IS ORDERED** that Velocity's Motion for Partial Summary Judgment is hereby **DENIED IN PART** as to Mr. Polk's claims for negligent and intentional infliction of emotional distress. For the same reasons, **IT IS FURTHER ORDERED** that Congress Square's Motion for Partial Summary Judgment is hereby **DENIED**.

New Orleans, Louisiana this 28th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE